# UNITED STATES DISTRICT COURT
### For the
### District of Massachusetts

| | |
|---|---|
| ROBERT J. THOMPSON,<br><br>                              Plaintiff,<br><br>vs.<br><br>GOLD MEDAL BAKERY, INC.<br><br>                              Defendant | CIVIL ACTION NO:<br><br>**NOTICE OF REMOVAL** |

Pursuant to Title 28 U.S.C. § 1441, Defendant, Gold Medal Bakery, Inc. ("Gold Medal"), hereby removes the case captioned, *Robert J. Thompson vs. Gold Medal Bakery, Inc.*, Mass.Sup.Ct. Docket No. 1873CV00135 (the "Action"), now pending in the Bristol County Superior Court Department of the Massachusetts Trial Court, to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, defendant states the following.

## I.      **REMOVAL IS TIMELY.**

1.   Plaintiff, Robert J. Thompson, commenced this Action by filing a complaint in the Bristol County, Superior Court Department of the Massachusetts Trial Court.

2.   On February 12, 2018, Gold Medal was served with a summons, copy of the complaint, civil action cover sheet, and civil tracking order in the Action. True

copies of these documents are attached hereto and marked as follows: the complaint is Exhibit 1; the summons is Exhibit 2; the civil action cover sheet is Exhibit 3; and the tracking order is Exhibit 4. There are no other defendants in the Action as of the time this Removal Notice is filed and, apart from Exhibits A-D, no other process, pleadings, or orders have been served on Gold Medal.

3.     Through service on February 12, 2018, Gold Medal received the summons (Ex. 2), complaint (Ex. 1), the civil action cover sheet (Ex. 3), and the tracking order (Ex. 4). This Notice of Removal is timely because it is filed within thirty days after Gold Medal received a copy of the complaint. 28 U.S.C. § 1446(b)(1).

**II.     SUBJECT MATTER JURISDICTION – FEDERAL QUESTION.**

4.     On the face of the well-pleaded complaint, Plaintiff, among other things, alleges: (a) in Counts III and VI, claims of violations of the Federal Family and Medical Leave Act, 29 U.S.C. § 2601, et seq.; (b) in Count IV, claims of violations of the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq.; and (c) in Count V, claims of violations of the Age Discrimination in Employment Act, 29 U.S.C. § 621, et seq..

5.     Counts III through VI are exclusively and expressly based upon federal statutes. They raise substantial federal issues central to establishing plaintiff's right to relief. Since these claims are created by federal law, they necessarily arise under the laws of the United States, and involve questions of federal law.

6.     This court has jurisdiction over claims arising under the laws of the United States. The jurisdictional statute, 28 U.S.C. § 1331, grants federal district courts

"original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. The Action is a State court civil action over which the United States district courts have original jurisdiction. Federal courts have original jurisdiction over claims arising under the laws of the United States. 28 U.S.C. § 1331. Under the federal removal statute, 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8. A "federal court exercising jurisdiction over an asserted federal-question claim must also exercise supplemental jurisdiction over asserted state-law claims that arise from the same nucleus of operative facts." *Roche v. John Hancock Mut. Life Ins. Co.*, 81 F.3d 249, 256 (1st Cir. 1996) (*citing* 28 U.S.C. § 1367(a)).

### III.     COMPLIANCE WITH OTHER REMOVAL REQUIREMENTS.

#### a. Venue is Correct.

9. "Massachusetts contains one judicial district, undivided, with no divisions therein." *Brennan v. Leominster*, 180 F.R.D. 192, 193, 1998 WL 481473 (D. Mass. 1998). Removal to the District of Massachusetts is proper because it is the District within which the Action was filed. 28 U.S.C. §§ 101, 1446(a); *see also*, U.S. Dist. Ct. Rules D. Mass., LR 40.1(C)(1).

      b. **Satisfaction of Certifying, Notifying and Signing Requirements.**

10. In accordance with U.S. Dist. Ct. Rules D. Mass., 81.1(a), within 28 days after filing the Notice of Removal, defendant will file with this Court, certified or attested copies of all records and proceedings in the state court, and a certified or attested copy of all docket entries in the state court.

11. In accordance with 28 U.S.C. § 1446(d), Gold Medal will promptly give written notice of the filing of this Notice of Removal to Plaintiff. Satisfaction of this notice requirement is evidenced by the attached certificate of service.

12. As required by 28 U.S.C. § 1446(d), Gold Medal will promptly file a copy of this Notice of Removal with the Clerk of the Bristol County, Superior Court Department of the Massachusetts Trial Court.

13. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

**IV.**      **PRESERVATION OF DEFENSES.**

14. In submitting this Notice of Removal, Gold Medal does not waive any defense, affirmative defense or motion that may be available to it; moreover, defendant does not concede that the allegations in the complaint assert a valid claim under applicable law or that plaintiff is entitled to any damages, costs, attorney fees, or any other relief.

5

WHEREFORE, defendant respectfully gives notice that the case captioned *Robert J. Thompson vs. Gold Medal Bakery, Inc.*, Mass.Sup.Ct. Docket No. 1873CV00135, is hereby removed from the Bristol County Superior Court, Department of the Massachusetts Trial Court, to the United States District Court for the District of Massachusetts, Western Division.

March 1, 2018

                                                          __/WJR/_____
William J. Rocha, Esq., Bar No. 657924
Gold Medal Bakery, Inc.
21 Penn St., Fall River, MA 02724
Tel: 800.642.7568  x 310
Fax: 508.674.6090
wrocha@goldmedalbakery.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing Notice of Removal by Defendant Gold Medal has been served via ECF and email upon John R. Mitchell, Esquire, 105 Bank Street, Fall River, MA 02720, this 1st day of March of 2018.

        /WJR/_____
William J. Rocha, Esq., Bar No. 657924
Gold Medal Bakery, Inc.
21 Penn St., Fall River, MA 02724
Tel: 800.642.7568  x 310
Fax: 508.674.6090
wrocha@goldmedalbakery.com