UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOLD MEDAL BAKERY, INC. )<br>)<br>Defendant. )<br>) | Civil Action No.<br>18-10410-FDS |

ORDER OF DISMISSAL

SAYLOR, J.

In accordance with the Court's order dated November 27, 2019 (Dkt. No. 73), granting defendant's motion for summary judgment, it is hereby ORDERED, that the above-entitled action is dismissed.

11/27/2019                                                              By the Court,
Date

                                                                        /s/ Miguel A. Lara
                                                                        Deputy Clerk