UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. THOMPSON<br><br>Plaintiff<br><br>v.<br><br>GOLD MEDAL BAKERY, INC.,<br><br>Defendant. | Civil Action No. 1:18-cv-10410-FDS |

**Notice of Appeal**

Notice is hereby given that plaintiff Robert J. Thompson, in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from an Order of Dismissal entered in this action on the 27th day of November 2019, including the Court's partial allowance of defendant's motion for summary judgment and for judgment on the pleadings of May 3, 2019 (Docket No. 57) and partial allowance of defendant's motion for summary judgment of November 27, 2019 (Docket No. 73).

                Respectfully submitted,
                Robert J. Thompson,
                By his attorney,

                /s/ John R. Mitchell
                John R. Mitchell, Esquire
                BBO#349820
                105 Bank Street
                Fall River, MA 02720
                508-676-6000
                Fax No. 508-676-6600
                E-mail: jrmitchlaw@gmail.com

Date: December 26, 2019

## **CERTIFICATE OF SERVICE**

    I, John R. Mitchell, attorney for plaintiff, hereby certify that the foregoing document was filed electronically through the ECF system, and is available for viewing and downloading from the EFC system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participant identified on the Notice of Electronic Filing, on the date written above.

                                                    /s/ John R. Mitchell
                                                  John R. Mitchell, Esquire