# United States Court of Appeals
## For the First Circuit

No. 20-1027

ROBERT J. THOMPSON,

Plaintiff, Appellant,

v.

GOLD MEDAL BAKERY, INC.,

Defendant, Appellee.

**JUDGMENT**

Entered: March 2, 2021

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grants of summary judgment are affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: John R. Mitchell, Christopher B. Kaczmarek, William John Rocha